# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

RHONDA LYNN MCCRORY

VERSUS

ACADEMY LTD., XL SPECIALTY
INSURANCE COMPANY, AND
RICHARD MILLER

NO.  2020 CW 0072

**MAY 1 2 2020**

---

In Re:   Academy, LTD, XL Specialty Insurance Company and Richard
         Miller, applying for supervisory writs, 21st Judicial
         District Court, Parish of Tangipahoa, No. 2015-0001524.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT